```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22059
   MICHAEL MASSEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8055


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/26/2007 and was confirmed 02/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
CENTRAL CREDIT UNION OF  SECURED VEHIC     1341.03          16.73         128.27
OPTION ONE MORTGAGE      CURRENT MORTG        .00             .00            .00
OPTION ONE MORTGAGE      MORTGAGE ARRE      327.84            .00         327.84
CDA PONTIAC              UNSEC W/INTER NOT FILED             .00            .00
RMI/MCSI                 UNSEC W/INTER       25.00            .00            .00
CHECKRITE RECOVERY SERVI UNSEC W/INTER NOT FILED             .00            .00
AFFIRMATIVE INSURANCE    UNSEC W/INTER NOT FILED             .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER      110.15            .00            .00
HOLLYWOOD VIDEO          UNSEC W/INTER NOT FILED             .00            .00
ST ALEXIUS EMERGENCY ASS UNSEC W/INTER NOT FILED             .00            .00
FALLS COLLECTION SERVICE UNSEC W/INTER NOT FILED             .00            .00
FIRST PREIMER BANK       UNSEC W/INTER NOT FILED             .00            .00
FIRST PREIMER BANK       UNSEC W/INTER NOT FILED             .00            .00
ILLINOIS COLLECTION SERV UNSEC W/INTER NOT FILED             .00            .00
ILLINOIS COLLECTION SERV UNSEC W/INTER NOT FILED             .00            .00
KASPER HEATON WRIGHT & A UNSEC W/INTER NOT FILED             .00            .00
MEDICAL BUSINESS BUREAU  UNSEC W/INTER NOT FILED             .00            .00
PALOS EMERGENCY MEDICAL  UNSEC W/INTER NOT FILED             .00            .00
MONTGOMERY WARD          UNSEC W/INTER NOT FILED             .00            .00
CHRIST MEDICAL CENTER    UNSEC W/INTER NOT FILED             .00            .00
CHRIST MEDICAL CENTER    UNSEC W/INTER NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS    UNSEC W/INTER NOT FILED             .00            .00
MEDCLR                   UNSEC W/INTER NOT FILED             .00            .00
NICOR GAS                UNSEC W/INTER NOT FILED             .00            .00
TCF BANK                 UNSEC W/INTER NOT FILED             .00            .00
CITY OF HOMETOWN         UNSEC W/INTER NOT FILED             .00            .00
SPECIFIED CREDIT ASSOC   UNSEC W/INTER NOT FILED             .00            .00
TRIBUTE                  UNSEC W/INTER NOT FILED             .00            .00
US ENERGY SAVINGS CORP   UNSEC W/INTER NOT FILED             .00            .00
WELLS FARGO BANK         NOTICE ONLY   NOT FILED             .00            .00
THOMAS & TOOLIS          ATTORNEY          2314.00            .00        2314.00
JAHNKE & TOOLIS          DEBTOR ATTY          .00                           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22059 MICHAEL MASSEY
```

```
TOM VAUGHN                    TRUSTEE                                  241.66
DEBTOR REFUND                 REFUND                                     .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       3,028.50

PRIORITY                                                   .00
SECURED                                                 456.11
     INTEREST                                            16.73
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,314.00
TRUSTEE COMPENSATION                                    241.66
DEBTOR REFUND                                              .00
                              ---------------    ---------------
TOTALS                         3,028.50             3,028.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/29/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE